| AO-10 | |
|---|---|
| Rev. 1/2004 | |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial)  Urbina, Ricardo M | 2. Court or Organization  USDC - District of Columbia | 3. Date of Report  5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (active) | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial   ⊙ Annual   ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  Prettyman U.S. Courthouse  333 Constitution Ave., N.W.  Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | National Council of La Raza |
| 2. | Advisory Committee | Bilingual Legal Interpreting Program, University of Charleston, South Carolina |
| 3. | Board of Governors | Einstein Institute for Science, Health, and the Courts ("EINSHAC") (*See two additional positions/organizations listed in Appendix.) |
| 4. | Board of Directors | National Home Library Foundation |
| 5. | Council Member | American University, Washington School of Law Dean's Diversity Council |
| 6. | Council Member | Council for Court Excellence |
| 7. | Honored Member | Giles S. Rich American Inn of Court |
| 8. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | District of Columbia Superior Court, Retirement Fund |

RECEIVED May 19 11 09 AM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 5/7/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Jan-Dec | Adjunct Professor at a Law School, both fall and spring semesters (*See VIII) | 9,833.32 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec | ▇▇▇▇ income (*See VIII) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch IRA Global Allocation D (*See VIII) | A | Interest | J | | Rollover | 9/08 | J | A | |
| 2. Savings Acct., Arlington D Fed. Credit Union | A | Interest | J | T | | | | | |
| 3. T. Rowe Price Mutual Funds (*See VIII) | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price M.F. (*See VIII) | A | Dividend | J | T | | | | | |
| 5. T. Rowe Price M.F. (*See VIII) | A | Dividend | J | T | partial sale | 3/12 | J | A | |
| 6. T. Rowe Price Short Term Bond Fund | A | Dividend | J | T | Bought | 3/14 | J | | |
| 7. Presidential Bank, FSB Plus Checking Acct | A | Interest | J | T | | | | | |
| 8. Savings Acct. DC Gov't Employee Fed Credit Union | A | Interest | J | T | | | | | |
| 9. Pentagon Fed Savings Acct | A | Interest | J | T | | | | | |
| 10. Pentagon Fed Money Mkt. Certif | A | Interest | J | T | | | | | |
| 11. Pentagon Fed IRA Acct | A | Interest | J | T | | | | | |
| 12. Merrill Lynch IRA Global Allocation D (*See VIII) | A | Interest | J | | Rollover | 11/03 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part III A - Name of Law School: █████████████████

Part III B - ████████Employer: ██████████████████

Part VII #2 - IRA rolled over to Thrift Savings Acct.

Part VII #3 - ████████IRA rolled over to ING Retirement Acct.

Part VII #5 - Specific Names of T. Rowe Price Mutual Funds:  Blue Chip Growth Fund (Class B); Equity Index 500; and Science & Technology.

Part VII #7 - Specific Name of T. Rowe Price Mutual Fund:  Real Estate Mutual Fund

Part VII #8 - Specific Name of T. Rowe Price Mutual Fund:  First Eagle Sogen Gold Fund (Class A)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature          Date  05 - 14 - 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544